

IN THE UNITED STATES DISTRICT COURT

RECVD'08 FEB 28 9:31 USDC-ORP

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 06-229 MO |
| | ) | |
| OSCAR VANDERAS CARRILLO, | ) | ORDER DETERMING COMPETENCY |
| | ) | |
| Defendant. | ) | |

This matter having come before this court on January 31, 2008, in open court, the defendant appearing personally, and with counsel Samuel Kauffman, and the government appearing by Assistant United States Attorney Kathleen Bickers, and the court having considered fully all of the evidence before it, including the testimony and reports of Dr. Les Goldman and Dr. Cynthia Low, the Court finds by a preponderance of evidence that the defendant is presently competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense, pursuant to Title 18, United States Code, Section 4241(d).

DATED this 29 day of Feb 2008.

THE HONORABLE MICHAEL W. MOSMAN
United States District Court Judge

Presented by:

KARIN J. IMMERGUT, OSB # 963144
United States Attorney

KATHLEEN L. BICKERS, OSB #851516
Assistant United States Attorney